UNITED STATES DISTRCIT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRENDA WALLACE,

  Plaintiff,

-vs-                                               CASE NO.:  3:17-CV-88-CRS

CREDIT ONE BANK, N.A.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Brenda Wallace, and the Defendant, Credit One Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of February, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Jeffrey S. Moad, Esquire* |
| Frank H. Kerney, III, Esquire | Jeffrey S. Moad, Esquire |
| Morgan & Morgan, Tampa, P.A. | Stites & Harbison PLLC |
| One Tampa City Center | 400 West Market Street Suite 1800 |
| 201 North Franklin Street, 7th Floor | Louisville, KY 40202-3352 |
| Tampa, FL 33602 | Telephone: (502) 587-2087 |
| Telephone: (813) 223-5505 | Email: jmoad@stites.com |
| fkerney@forthepeople.com | Counsel for Defendant |
| jkneeland@forthepeople.com | |
| snazario@forthepeople.com | |
| Counsel for Plaintiff | |

## CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to counsel of record by operation of the Court's Electronic Filing System.

                                            */s/Frank H. Kerney, III, Esquire*
                                            Frank H. Kerney, III, Esquire
                                            Counsel for Plaintiff